# EXHIBIT 1



| Office of Admissions | T (617) 422-7210 |
| --- | --- |
| | F (617) 422-7201 |
| | E admit@nesl.edu |
| 154 Stuart Street | |
| Boston, MA 02116 | www.nesl.edu |

January 28, 2020

Mr. George Artem
2001 East Yesler Way
Apartment 31
Seattle, WA 98122

Dear Mr. Artem:

It is my pleasure to inform you that you have been accepted into the New England Law | Boston Part Time class entering in August 2020. In addition, New England Law would like to acknowledge your exceptional academic credentials and leadership potential with a **Full-Tuition Justice Sandra Day O'Connor Scholarship** for the 2020-2021 academic year. Congratulations!

The scholarship is renewable in future years provided that you meet the academic criteria explained in the enclosed acceptance kit. The scholarship will allow you to significantly reduce your debt after law school and give you more freedom to choose the legal career that you love.

Please take a moment to review the acceptance kit, which describes our academic program and experiential learning opportunities, how to connect with your future classmates, and the steps required to enroll and accept your scholarship.

At New England Law, we provide a rigorous legal education as well as a supportive learning environment. Our students collaborate with professors and gain real-world experience in one of the best cities for aspiring attorneys.

Visiting our school is the best way to experience our close-knit New England Law community. We encourage you to attend one of our open houses for admitted students in the spring, where you will meet professors and students, tour the school, and sit in on a first-year class. To sign up, visit www.nesl.edu/admitted or contact my office at 617-422-7210 or admit@nesl.edu.

I look forward to welcoming you to New England Law.

*Welcome to New England Law!*

Sincerely,

John Chalmers
Chief Enrollment Officer

| REQUIRED ITEMS | DEADLINES | REQUIRED ITEMS | DEADLINES |
| --- | --- | --- | --- |
| 1. Letter of intent * | April 15, 2020 | 4. Scholarship Acceptance | April 15, 2020 |
| 2. $300 deposit * | April 15, 2020 | 5. Official undergraduate transcript | August 1, 2020 |
| 3. $500 deposit * | June 1, 2020 | 6. Immunization proof | August 1, 2020 |

*Must be **received** in the Office of Admissions **on or before** the deadline date.