# EXHIBIT 11



# The Commonwealth of Massachusetts
## Executive Office of Health and Human Services
## Department of Public Health
### 250 Washington Street, Boston, MA 02108-4619

**CHARLES D. BAKER**
Governor

**KARYN E. POLITO**
Lieutenant Governor

**MARYLOU SUDDERS**
Secretary

**MONICA BHAREL, MD, MPH**
Commissioner

Tel: 617-624-6000
www.mass.gov/dph

## ADVISORY REGARDING FACE COVERINGS AND CLOTH MASKS

**This Advisory does not go into effect until May 29, 2021.  Until then, the Governor's COVID Order #67 regarding face coverings remains in place.**

On May 13, 2021, the federal Centers for Disease Control and Prevention issued new guidance for individuals who are fully vaccinated for COVID-19.  COVID-19 vaccines are highly effective and every individual who is eligible and either works, studies or resides in Massachusetts is advised to get vaccinated.

For individuals who are fully vaccinated, the CDC guidance says you may resume all of the activities that you engaged in prior to the pandemic without wearing a mask or staying 6 feet apart, except where otherwise required by federal, state, or local laws, rules or regulations.  An individual is fully vaccinated two weeks after their second dose in a two-dose series, such as the Pfizer or Moderna vaccines, or two weeks after a single-dose vaccine, such as Johnson & Johnson's Janssen vaccine. However, if a fully vaccinated individual becomes symptomatic, they should be tested and wear a mask until receiving test results.

All people in Massachusetts (regardless of vaccination status) are required to continue wearing face coverings in certain settings, including transportation and health care facilities.  Please see www.mass.gov/maskrules for a complete list of venues where face coverings remain mandatory as of May 29, 2021.

For individuals who are not fully vaccinated, it is important that you continue to wear a face covering or mask to help prevent you from spreading COVID-19 to other people. People who show no symptoms of illness may still be able to spread COVID-19.

For individuals who are not fully vaccinated, the CDC advises the following:
- Wear a face covering or mask that covers your nose and mouth.
- Stay 6 feet apart from others who don't live with you.
- Avoid crowds and poorly ventilated indoor spaces.
- Wash your hands often with soap and water.  Use hand sanitizer if soap and water aren't available
- Get tested if you have been exposed to or have symptoms associated with COVID-19.

When you wear a face covering or cloth mask, it should:
- Fit snugly but comfortably against the side of the face,
- Be secured with ties or ear loops,
- Include multiple layers of fabric,
- Allow for breathing without restriction, and
- Be able to be laundered and machine dried without damage or change to shape.

For more information, please refer to the CDC at: https://www.cdc.gov/coronavirus/2019-ncov/vaccines/fully-vaccinated-guidance.html

This advisory may change based on public health data and further guidance from the CDC.