UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ARTEM  Plaintiff | |
| | CIVIL ACTION |
| V. | |
| | NO. 1:21-10981-WGY |
| NEW ENGLAND LAW BOSTON et al  Defendants | |

ORDER OF DISMISSAL

YOUNG, DJ ,

In accordance with the Court's allowance of the defendants' motion to dismiss on July 19, 2021, it is hereby ORDERED that the above-entitled action be and hereby is dismissed with prejudice.

By the Court,

July 19, 2021                             /s/ Jennifer Gaudet
Date                                       Deputy Clerk