UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GEORGE ARTEM                        )
_____         )
                                    )
v.                                  )          C.A. No. 1.21-cv-10981-WGY
                                    )
NEW ENGLAND LAW | BOSTON and        )
SCOTT BROWN, in his official capacity )
as President and Dean               )
_____   )

## NOTICE OF APPEAL

Notice is hereby given that __George Artem__ , the ___Plaintiff___ in the above-named

matter, hereby appeals to the United States Court of Appeals For the First Circuit from the

__Order__ entered in this action on ___July 19, 2021___ .

Respectfully submitted,

Date: August 17, 2021

___//S// George Artem___
(signature)

Print name & address:
George Artem
One Devonshire Place #1410
Boston, MA 02109

## CERTIFICATE OF SERVICE

I certify that on the 17th day of August 2021, service was made of a copy of the foregoing Notice of Appeal by e-mail on defendants' counsel Walter B. Prince (wprince@princelobel.com), Daniel S. Tarlow (dtarlow@princelobel.com), Laurie F. Rubin (lrubin@princelobel.com) and Michael Thompson (mthompson@princelobel.com) at PRINCE LOBEL TYE LLP One International Place, Suite 3700 Boston, Massachusetts 02110.


  //S// George Artem    
(signature)

Print name & address:
George Artem
One Devonshire Place #1410
Boston, MA 02109