# United States Court of Appeals
## For the First Circuit

No. 21-1646

GEORGE ARTEM,

Plaintiff - Appellant,

v.

NEW ENGLAND LAW | BOSTON; LISA R. FREUDENHEIM, in her official capacity as co-acting Dean and Professor of Academic Excellence of New England Law; ALLISON M. DUSSIAS, in her official capacity as co-acting Dean and Professor of Academic Excellence of New England Law,

Defendants - Appellees.

**JUDGMENT**

Entered: February 2, 2023
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b)(2).

Mandate to issue forthwith.

By the Court:

Maria R. Hamilton, Clerk

cc:
George Artem
Laurie Faye Rubin
Daniel S. Tarlow
Walter B. Prince
Michael X. Thompson