# United States Court of Appeals
## For the First Circuit

No. 21-1646

GEORGE ARTEM,

Plaintiff - Appellant,

v.

NEW ENGLAND LAW | BOSTON; LISA R. FREUDENHEIM, in her official capacity as co-acting Dean and Professor of Academic Excellence of New England Law; ALLISON M. DUSSIAS, in her official capacity as co-acting Dean and Professor of Academic Excellence of New England Law,

Defendants - Appellees.

**MANDATE**

Entered: February 2, 2023

In accordance with the judgment of February 2, 2023, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
George Artem
Walter B. Prince
Laurie Faye Rubin
Daniel S. Tarlow
Michael X. Thompson